JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| INTER NATIONAL BANK, | ) | Case No. CV 11-8838 DSF (PLAx) |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| GEORGANA TRUMBULL | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

        The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution, and plaintiff not having timely responded,

        IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed without prejudice.


Dated: _4/26/12_

_____
DALE S. FISCHER
United States District Judge